UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH VOLFMAN,<br><br>                Plaintiff,<br><br>– against –<br><br>JUDEX ENTERPRISES INC. *d/b/a* PANGEA *and* ELDORADO HOLDING CORP.,<br><br>                Defendants. | **ORDER**<br><br>24-cv-04594 (ER) |

Ramos, D.J.:

      Joseph Volfman brought this action against Judex Enterprises Inc. d/b/a Pangea and Eldorado Holding Corp on June 17, 2024. Doc. 1. On November 20, 2024, the Court so-ordered a joint stipulation for substitution of counsel for Volfman. Doc. 8. Since then, there has been no activity in this case.

      Volfman is directed to submit a status letter by no later than August 7, 2025. Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

      It is SO ORDERED.

Dated:   July 30, 2025
            New York, New York

                                                      EDGARDO RAMOS, U.S.D.J.